83,602-01

Abel Acosta, Clerk

This is Laron, Willard and I was inquiring about,
and application for of and 11.07 Writ of Habeas
Corpus. I received a Card on 7-16-2015
Stating that it had been presented to
the Court. If possible there has been
And up date, how can I find out.
Thank you.

my Tr. ct. No. A-40.999-A
Wr-83.602-01

Sincerely

Laron, Willard
TDC # 1988727

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk